JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HARVEST INTERNATIONAL TRADING CO().

    Plaintiff,

vs

ASIA PACIFIC TW INTERNATIONAL, INC.

    Defendant.

CASE NO: 8:16-CV-00978-JLS-PLA

FINAL JUDGMENT AND ORDER

Plaintiff, Harvest International Trading Co., having commenced this action by filing its Complaint herein for alleged breach of contract, and Defendant, Asia Pacific TW International, Inc., by their attorneys, have stipulated to the entry of this Final Judgment and Order without trial or adjudication of any issue of fact or law herein, THE COURT HEREBY FINDS, ORDERS AND ADJUDGES AS FOLLOWS:

**I.**      **<u>Findings</u>**

1. The Court has jurisdiction over the Parties and the subject matter of this action.

2. The Parties agree to entry of this Final Order, without adjudication of the remaining issues of fact or law pleaded in the Complaint and Answer, to settle and resolve all matters in dispute arising from the conduct alleged.
3. Defendant neither admits nor denies any remaining allegations, except those facts necessary to establish the Court's jurisdiction over them and the subject matter of this action.
4. Defendant waives all rights to seek judicial review or otherwise challenge or contest the validity of this Final Order. Each party will bear its own costs and expenses, including, without limitation, attorneys' fees.

## II. Order

**NOW THEREFORE, JUDGMENT IS RENDERED IN FAVOR OF PLAINTIFF HARVEST INTERNATIONAL TRADING CO. AND AGAINST DEFENDANT ASIA PACIFIC TW INTERNATIONAL, INC. AS FOLLOWS:**

1. Judgment in the amount of $220,000.00USD is entered in favor of Plaintiff Harvest International Trading Co.;
2. An initial payment of $30,000.00USD shall be sent via wire transfer by Defendant Asia Pacific TW International, Inc., to Plaintiff Harvest International Trading Co., within twenty-four (24) hours of the signing of this Final Judgment and Order;
3. Plaintiff Harvest International Trading Co., shall be responsible for providing Defendant Asia Pacific TW International, Inc. the appropriate wire transfer instructions;
4. The remaining balance of $190,000.00USD shall be paid by Defendant Asia Pacific TW International, Inc., to Plaintiff Harvest International Trading Co. via wire transfer in three equal installments of $63,333.33;
5. The first of the three equal payments shall be due via wire transfer sixty (60)

days from the date of execution of this Final Judgment and Order;
6. The second of the three equal payments shall be due via wire transfer sixty (60) days after the due date of the payment of the first equal installment; and
7. The final of the three equal payments shall be due via wire transfer sixty (60) days after the due date of the payment of the second equal installment;
8. Each party will bear the cost of its own wire transfer fees.

**IT IS SO ORDERED.**

Dated: August 14, 2017

Honorable Josephine L. Staton